**Judge John C. Coughenour**
**Judge Michelle L. Peterson**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | No. 2:21-cv-01376-JCC-MLP<br><br>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES |

## **ANSWER**

Defendants CrossCountry Mortgage LLC ("Defendant") as and for their Answer and Affirmative Defenses to the Complaint for Damages ("Complaint"), respond as follows:

### I. NATURE OF THIS ACTION

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

2. Denied.

3. Denied.

//

/

DEFENDANTS ANSWER AND AFFIRMATIVE
DEFENSES - 1
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

## II. PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

7. Defendant admits CrossCountry is a Delaware limited liability corporation with its principal place of business in Brecksville, Ohio and is an Ohio citizen. Defendant denies the remaining allegations in this paragraph.

8. Defendant admits CrossCountry is a residential mortgage lender. Defendant denies the remaining allegations in this paragraph.

9. Admits.

## III. VENUE AND JURISDICTION

10. Admits.

11. Admits.

## IV. FACTUAL BACKGROUND

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 2
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

### The Flowers Confidentiality Agreement

DEFENDANTS ANSWER AND AFFIRMATIVE
DEFENSES - 3
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

### The Flynn Confidentiality Agreement

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 4
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

### The Jolliffe Confidentiality Agreement

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

46. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 5
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

48. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

49. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

51. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

52. Denied.

53. Paragraph 53 contains no allegation; therefore, no response is required. To the extend a response is required, Defendant denies.

### The Kirkland Employees' Resignations and Guild's Investigation

54. Denied.

55. Denied.

56. Denied.

57. Defendant admits the following former employees of Guild's worked for CrossCountry: Flowers, Flynn, Jolliffe, Chad Evans, William Kentnor, Ryan Lee, Bryan Mooney, Lisa Phillips, and Kristina Rombakh. Defendant denies the remaining allegations in this paragraph.

58. Denied.

59. Denied.

60. Defendant denies subparagraphs (i), (k), (n)-(r), and (t). Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph including subparagraphs (a)-(u) and (j) and therefore denies same.

### Flowers, Flynn, and Jolliffe's Resignations and the Loss of the Kirkland Branch

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 6
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

61. Defendant admits the following former employees of Guild's worked for CrossCountry: Flowers, Flynn, Jolliffe, Chad Evans, William Kentnor, Ryan Lee, Bryan Mooney, Lisa Phillips, and Kristina Rombakh. Defendant denies the remaining allegations in this paragraph.

62. Defendant admits that it sent a letter to Guild on or about July 9, 2021, in response to Guild's letter to Flowers and to CrossCountry's Chief Executive Officer, Ronald Leonhardt dated on or about July 8, 2021. Defendant denies the remaining allegations in this paragraph.

63. Denied.

## V. FIRST CAUSE OF ACTION

64. Defendant incorporates by reference its response to paragraphs 1–62 of the Complaint as though fully set forth herein.

65. Denied.

66. Denied.

67. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

68. Denied.

69. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

70. Denied.

71. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

72. Denied.

73. Defendant admits the following former employees of Guild's worked for CrossCountry under employment agreements: Flowers, Flynn, Jolliffe, Chad Evans, William Kentnor, Ryan

DEFENDANTS ANSWER AND AFFIRMATIVE
DEFENSES - 7
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Lee, Bryan Mooney, Lisa Phillips, and Kristina Rombakh. Defendant denies the remaining allegations in this paragraph.

74. Denied.

75. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

76. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

77. Denied.

78. Denied.

79. Denied.

## VI. SECOND CAUSE OF ACTION

80. Defendant incorporates by reference its response to paragraphs 1–79 of the Complaint as though fully set forth herein.

81. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

## VII. THIRD CAUSE OF ACTION

86. Defendant incorporates by reference its response to paragraphs 1–85 of the Complaint as though fully set forth herein.

87. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 8
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

88. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

## VIII. FOURTH CAUSE OF ACTION

97. Defendant incorporates by reference its response to paragraphs 1–96 of the Complaint as though fully set forth herein.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

## IX. FIFTH CAUSE OF ACTION

103. Defendant incorporates by reference its response to paragraphs 1–102 of the Complaint as though fully set forth herein.

104. Defendant denies any wrongdoing of Defendant's agents. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies same.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 9
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

105. Denied.

106. Defendant denies any wrongdoing by Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies same.

107. Denied.

108. Denied.

109. Denied.

110. Denied as pursuant to the Erie doctrine this Court must apply Washington substantive law.

## X. SIXTH CAUSE OF ACTION

111. Defendant incorporates by reference its response to paragraphs 1–110 of the Complaint as though fully set forth herein.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

## XI. PRAYER FOR RELIEF

Defendant denies that Guild Mortgage Company LLC is entitled to any relief, including the relief sought in subparagraphs I–X.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim on which relief can be granted.

2. Failure to mitigate damages.

3. Failure to join at-fault parties.

4. Issue and claim preclusion.

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 10
USDC 2:21-cv-01376-JCC-MLP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4884-4236-9539.1

WHEREFORE, for the foregoing reasons, Defendants respectfully request the following relief:

A. Dismissal of the Complaint with prejudice.

B. Judgment in favor of Defendant on their Affirmative Defenses.

C. An award of fees and costs as allowed by law.

D. Such other and further relief as this Court deems appropriate.

DATED: November 29, 2021    LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/Benjamin J. Stone*
Benjamin J. Stone, WSBA #33436

*s/Brad Bigos*
Brad Bigos, WSBA #52297
Kylene Slocum, WSBA #58600
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206)436-2030 Fax
Benjamin.Stone@lewisbrisbois.com
Brad.Bigos@lewisbrisbois.com
Kylene.Slocum@lewisbrisbois.com

Attorneys for Defendant CROSSCOUNTRY MORTGAGE LLC

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 11
USDC 2:21-cv-01376-JCC-MLP

4884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

# DECLARATION OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiff Guild Mortgage Company LLC**

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com |
| | carol.cannon@hcmp.com |
| | |
| Chad S. Hummel (Pro Hac Vice) | chummel@sidley.com |
| Eric B. Schwartz (Pro Hac Vice) | eschwartz@sidley.com |
| | lruiz@sidley.com |
| | laefilingnotice@sidley.com |

Dated: November 29, 2021 at Seattle, Washington.

*s/Hilton Platt*
Hilton Platt, Legal Secretary
Hilton.Platt@lewisbrisbois.com

DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES - 12
USDC 2:21-cv-01376-JCC-MLP

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4884-4236-9539.1