THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>    Defendant. | CASE NO. C21-1376-JCC-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation (Dkt. No. 35) of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and there being no timely objection, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 35).

(2) Defendant CrossCountry Mortgage LLC's motion to stay (Dkt. No. 23) is DENIED.

Dated this 14th day of February, 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE