UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUILD MORTGAGE CO. LLC,

        Plaintiff,

    v.

CROSSCOUNTRY MORTGAGE LLC,

        Defendant.

Case No. C21-1376-JCC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The parties submitted a proposed stipulated protective order. (Dkt. # 44.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated motion after provision of the redlined version.

Dated this 25th day of March, 2022.

                Ravi Subramanian
                Clerk of Court

            By: Tim Farrell
                 Deputy Clerk

MINUTE ORDER - 1