UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CROSS COUNTRY MORTGAGE LLC,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01376-JCC-MLP<br><br>**[PROPOSED] ORDER ON CORY FLYNN'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER** |

This matter came before the Court on non-party Cory Flynn's ("Flynn") Motion to Quash Subpoena and for Protective Order. The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS THAT:

1. Cory Flynn's Motion to Quash Subpoena and for Protective Order is GRANTED.

2. All document requests in the May 5, 2022 subpoena from Guild Mortgage Company LLC are hereby quashed. Flynn is not required to make any further response to Guild's subpoena.

DECLARATION OF MAUREEN L. MITCHELL (2:21-CV-01376-JCC-MLP) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

134225251.1

Plaintiff Guild Mortgage Company LLC shall not seek any additional discovery from Flynn by document subpoena, deposition subpoena, or other means in connection with the above-captioned lawsuit.

IT IS SO ORDERED.

DATED this _____ day of _____, 2021.

_____

United States District Judge

Presented by:

_____

Maureen L. Mitchell, WSBA #30356
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile:  (206) 389-1708
E mail: mmitchell@foxrothschild.com

Attorneys for non-party Cory Flynn

DECLARATION OF MAUREEN L. MITCHELL (2:21-CV-01376-JCC-MLP) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

134225251.1