**Judge John C. Coughenour**
**Judge Michelle L. Peterson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No. 2:21-CV-01376-JCC-MLP |

**DECLARATION OF MICHAEL A. PLATT IN SUPPORT
OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION TO
DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Michael A. Platt declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Jones Day. I am a member in good standing of the Bar of the States of Ohio and New York, and I am admitted pro hac vice in this action. I represent defendant CrossCountry Mortgage, LLC ("CrossCountry") in this action.

2. I make this declaration to authenticate copies of materials to be considered in connection with CrossCountry's Motion to Dismiss the Complaint For Lack of Subject Matter

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF
DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION
TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT
MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax
206.436.2030

Jurisdiction, pursuant to Rule 12(b)(1) (the "Motion"). Submitted herewith are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Relevant Excerpt of Guild Holding Company (NYSE: GHLD), SEC Form 10-Q, filed May 9, 2022 |
| Exhibit B: | Relevant Excerpt of Guild Holding Company (NYSE: GHLD), SEC Form 10-Q, filed August 13, 2021 |
| Exhibit C: | Printout of Official Website of the Delaware Department, Entity Details for CrossCountry Mortgage, LLC, printed July 22, 2022 |
| Exhibit D: | Relevant Excerpt of the Amended and Restated Limited Liability Company Agreement of CrossCountry Mortgage, LLC, dated as of October 2, 2019 |
| Exhibit E: | Relevant Excerpt of the Second Amended and Restated Limited Liability Company Agreement of CrossCountry Mortgage, LLC, dated as of June 6, 2022 |
| Exhibit F: | Relevant Excerpt of the Amended and Restated Limited Liability Company Agreement of CrossCountry Holdco, LLC, dated as of June 6, 2022 |
| Exhibit G: | Relevant Excerpt of the Limited Liability Company Agreement of Radcliff CCM I LLC, dated as of October 2, 2019[*] |
| Exhibit H: | Relevant Excerpt of the Limited Liability Agreement of the Tier 2 LLC Member (as defined in the Motion), dated as of October 2, 2019[*] |

---

[*] Because Radcliff CCM I LLC and its members are third parties whose organizational documents are non-public, sensitive, and confidential, CrossCountry is simultaneously herewith moving for leave to allow CrossCountry to file Exhibits G and H under seal.

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

2

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

3. I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information and belief.

Dated: July 22, 2022

*s/ Michael A. Platt*
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
maplatt@jonesday.com

*Counsel for Defendant
CrossCountry Mortgage, LLC*

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

3

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

# DECLARATION OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiff Guild Mortgage Company LLC**

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com |
| | carol.cannon@hcmp.com |
| | |
| Chad S. Hummel (Pro Hac Vice) | chummel@sidley.com |
| Eric B. Schwartz (Pro Hac Vice) | eschwartz@sidley.com |
| Renee Pesiro (Pro Hac Vice) | rpesiri@sidley.com |
| | lespinoza@sidley.com |
| | lruiz@sidley.com |
| | laefilingnotice@sidley.com |

Dated: July 22, 2022 at Seattle, Washington.

*s/Tami L. Foster*
Tami L. Foster, Legal Secretary
Tami.Foster@lewisbrisbois.com

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

4

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030