UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUILD MORTGAGE CO. LLC,

    Plaintiff,

v.

CROSSCOUNTRY MORTGAGE LLC,

    Defendant.

Case No. C21-1376-JCC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On July 22, 2022, Defendant filed a Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction, noted for August 19, 2022. (Dkt. # 96.) Given the jurisdictional issue raised, the Court hereby STRIKES the status conference scheduled for August 5, 2022, to be rescheduled, if appropriate, after the jurisdictional issue is resolved. (*See* dkt. # 86.)

Dated this 27th day of July, 2022.

          Ravi Subramanian
          Clerk of Court

          By: Tim Farrell
              Deputy Clerk

MINUTE ORDER - 1