1

2    **Judge John C. Coughenour**
     **Judge Michelle L. Peterson**

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
10                           AT SEATTLE

11   GUILD MORTGAGE COMPANY LLC,

12          Plaintiff,                          Case No. 2:21-CV-01376-JCC-MLP

13      vs.

14   CROSSCOUNTRY MORTGAGE LLC,

15          Defendant.

16

17          **DECLARATION OF MICHAEL A. PLATT IN SUPPORT**
     **OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION**
18   **TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

19          Michael A. Platt declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as

20   follows:

21          1.      I am a partner in the law firm of Jones Day.  I am a member in good standing of the

22   Bar of the States of Ohio and New York, and I am admitted *pro hac vice* in this action.  I represent

23

24   defendant CrossCountry Mortgage, LLC ("CrossCountry").

25          2.      I make this declaration to authenticate copies of materials to be considered in

26   connection with CrossCountry's Renewed Motion to Dismiss the Complaint For Lack of Subject

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF
DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S MOTION
TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT
MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

**LEWIS BRISBOIS BISGAARD &**
**SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax
206.436.2030

4855-3228-2669.1

Matter Jurisdiction, pursuant to Rule 12(b)(1) (the "Motion").  Submitted herewith are true and

correct copies of the following:

Exhibit A:    Relevant Excerpt of Guild Holding Company (NYSE: GHLD), SEC Form 10-Q, filed May 9, 2022

Exhibit B:    Relevant Excerpt of Guild Holding Company (NYSE: GHLD), SEC Form 10-Q, filed August 13, 2021

Exhibit C:    Printout of Official Website of the Delaware Department, Entity Details for CrossCountry Mortgage, LLC, printed July 22, 2022

Exhibit D:    Relevant Excerpt of the Amended and Restated Limited Liability Company Agreement of CrossCountry Mortgage, LLC, dated as of October 2, 2019

Exhibit E:    Relevant Excerpt of the Second Amended and Restated Limited Liability Company Agreement of CrossCountry Mortgage, LLC, dated as of June 6, 2022

Exhibit F:    Relevant Excerpt of the Amended and Restated Limited Liability Company Agreement of CrossCountry Holdco, LLC, dated as of June 6, 2022

Exhibit G:    Relevant Excerpt of the Limited Liability Company Agreement of Radcliff CCM I LLC, dated as of October 2, 2019[*]

Exhibit H:    Relevant Excerpt of the Limited Liability Agreement of the Tier 2 LLC Member (as defined in the Motion), dated as of October 2, 2019[*]

Exhibit I:    Relevant Excerpt of the Operating Agreement of the Tier 3 LLC Member (as defined in the Motion), dated as of October 20, 2014[*]

Exhibit J:    Declaration of the Natural Person (as defined in the Motion)[*]

---

[*]  Because Radcliff CCM I LLC and its members and their upstream members are third parties whose organizational documents or identity (in the case of the Natural Person) are non-public, sensitive, and confidential, CrossCountry is simultaneously herewith moving for leave to allow CrossCountry to file Exhibits G through J under seal.

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF
DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S
RENEWED MOTION TO DISMISS THE COMPLAINT FOR LACK
OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

2

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax
206.436.2030

3.      I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information and belief.

Dated:  August 8, 2022

s/ Michael A. Platt
Michael A. Platt
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Tel:  (216) 586-3939
Fax:  (216) 579-0212
maplatt@jonesday.com

Counsel for Defendant
CrossCountry Mortgage, LLC

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF
DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S
RENEWED MOTION TO DISMISS THE COMPLAINT FOR LACK
OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

3

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

LEWIS BRISBOIS BISGAARD &
SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax
206.436.2030

4855-3228-2669.1

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on August 8, 2022, I caused the foregoing to be electronically filed

3    with the Clerk of the Court using the CM/ECF System, which in turn automatically generates a

4    Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF

5    system. The NEF for the foregoing specifically identifies recipients of electronic notice.

6

7                                                                *s/Michelle Little*
                                                                 Michelle Little, Legal Secretary
8                                                                michelle.little@lewisbrisbois.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF
DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S
RENEWED MOTION TO DISMISS THE COMPLAINT FOR LACK
OF SUBJECT MATTER JURISDICTION, 2:21-CV-01376-JCC-MLP

4

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD &
SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax
206.436.2030

4855-3228-2669.1