JUDGE JOHN C. COUGHENOUR
JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No. 2:21-CV-01376-JCC-MLP<br><br>**PLAINTIFF GUILD MORTGAGE COMPANY LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>NOTED ON MOTION CALENDAR<br>DATE: AUGUST 26, 2022 |

Plaintiff Guild Mortgage Company LLC ("Plaintiff"), pursuant to Federal Rule of Evidence 201 and in connection with its concurrently filed Opposition to Defendant's Renewed Motion For Leave To File Under Seal, hereby requests that the Court take judicial notice of the following Exhibits, true and correct copies of which are attached to the concurrently filed declaration of Eric B. Schwartz:

**Exhibit A**: The May 27, 2022 Complaint filed in *CrossCountry Mortgage, LLC v. Guild Mortgage, LLC*, United States District Court for the District of Nevada No. 2:22-cv-00845 (May 27, 2022).

**Exhibit B**: The August 4, 2022 Complaint filed in *CrossCountry Mortgage, LLC v. Impac Mortgage Holdings, Inc.*, United States District for the Northern District of Ohio, Eastern Division No. 1:22-cv-01378 (Aug. 4, 2022).

| | |
|---|---|
| PLAINTIFF GUILD MORTGAGE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO SEAL - 1<br>USDC 2:21-cv-01376 | SIDLEY AUSTIN LLP<br>555 W. 5th St., Suite 4000<br>Los Angeles, CA  90013 |

1   Federal Rule of Evidence 201(b) authorizes the Court to take judicial notice of facts that are
2   "not subject to reasonable dispute[,]" including facts that "can be accurately and readily determined
3   from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts may
4   take judicial notice of "court filings and other matters of public record." *Reyn's Pasta Bella, LLC v.*
5   *Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). A court "must take judicial notice if a party
6   requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).
7   Pursuant to the foregoing, Plaintiff requests that the Court take judicial notice of Exhibits A
8   and B. These exhibits are orders that have been publicly filed in United States District Court for the
9   District of Nevada and United States District Court for the Northern District of Ohio, Eastern
10  Division, respectively.

Date: August 22, 2022

SIDLEY AUSTIN LLP

By: _____
Eric B. Schwartz (Pro hac Vice)
555 W. 5th St., Suite 4000
Los Angeles, CA  90013
(213) 896-6000
Eschwartz@sidley.com
Attorneys for Plaintiff GUILD
MORTGAGE COMPANY LLC

HILLIS CLARK MARTIN & PETERSON P.S.
Eric D. Lansverk
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 470-7634
eric.lansverk@hcmp.com

Attorneys for Plaintiff GUILD MORTGAGE
COMPANY LLC

PLAINTIFF GUILD MORTGAGE COMPANY'S
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION TO SEAL - 2
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I electronically filed the foregoing document: **PLAINTIFF GUILD MORTGAGE COMPANY LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Defendant CrossCountry Mortgage LLC:**

| | |
|---|---|
| Benjamin J. Stone | Benjamin.Stone@lewisbrisbois.com |
| Brad Bigos | Brad.bigos@lewisbrisbois.com |
| Kylene R. Slocum | Kylene.Slocum@lewisbrisbois.com |
| John R. Conley | John.Conley@lewisbrisbois.com |
| | Tami.Foster@lewisbrisbois.com |
| | Hilton.Platt@lewisbrisbois.com |
| | JodiMcKinley@lewisbrisbois.com |
| Michael A. Platt | maplatt@jonesday.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 22nd day of August, 2022 at Los Angeles, California.

*/s/ Lillian Ruiz*
Lillian Bernal Ruiz

PLAINTIFF GUILD MORTGAGE COMPANY'S
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION TO SEAL - 3
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013