UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUILD MORTGAGE CO. LLC,

        Plaintiff,

    v.

CROSSCOUNTRY MORTGAGE LLC,

        Defendant.

Case No. C21-1376-JCC-MLP

ORDER

      This matter is before the Court on the parties' "Stipulated Motion to Continue Noting Dates and Outstanding Related Filing Deadlines for CrossCountry's (1) Renewed Motion to Seal and (2) Renewed Motion to Dismiss." (Dkt. # 113.) The Court hereby GRANTS the parties' stipulated motion (dkt. # 113) and ORDERS as follows:

      (1)    Regarding Defendant's Second Motion for Leave to File Under Seal (dkt. # 107), Defendant's reply is due September 2, 2022. The Clerk is DIRECTED to re-note this motion for September 2, 2022.

      (2)    Regarding Defendant's Second Motion to Dismiss (dkt. # 108), Plaintiff's response is due September 5, 2022, and Defendant's reply is due September 9, 2022. The Clerk is DIRECTED to re-note this motion for September 9, 2022.

ORDER - 1

Dated this 26th day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2