JUDGE JOHN C. COUGHENOUR
JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No. 2:21-CV-01376-JCC-MLP<br><br>**PLAINTIFF, GUILD MORTGAGE COMPANY LLC'S NOTICE OF CONDITIONAL NON-OPPOSITION TO DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>NOTED ON MOTION CALENDAR<br>DATE: SEPTEMBER 9, 2022 |

Plaintiff Guild Mortgage Company LLC ("Guild") responds to Defendant CrossCountry Mortgage, LLC's ("CCM") Renewed Motion to Dismiss [Dkt. 108] as follows:

While Guild currently has no basis to dispute that subject matter jurisdiction in this case based on principles of diversity of citizenship between the parties does not exist, Guild intends to file a motion for significant sanctions against CCM.  Guild intends to file its motion for sanctions during the week of September 5, 2022, and before the noting date for CCM's Renewed Motion to Dismiss (the noting date is September 9, 2022).

PLAINTIFF, GUILD MORTGAGE COMPANY LLC'S NOTICE OF CONDITIONAL NON-OPPOSITION TO DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION TO DISMISS- 1
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4860-4592-6705v.1

Guild therefore hereby requests that this Court retain jurisdiction over this case, and not dismiss this case because of lack of jurisdiction, until the issue of appropriate sanctions against CCM has been fully briefed and decided by this Court. *See Orange Prod. Credit Ass'n v. Frontline Ventures Ltd.*, 792 F.2d 797, 801 (9th Cir. 1986); *Willy v. Coastal Corp.*, 503 U.S. 131, 139 (1992) (even where subject matter jurisdiction is lacking, the court still has authority to adjudicate matters regarding sanctions).

For the foregoing reasons, Guild hereby states that it does not oppose CCM's Renewed Motion to Dismiss if the Court will continue its decision on the Motion and will retain jurisdiction over this case until the issue of appropriate sanctions against CCM has been fully briefed and decided by this Court.

Date:  September 5, 2022

SIDLEY AUSTIN LLP

By:   */s/ Eric B. Schwartz*
     Chad S. Hummel (*Pro Hac Vice*)
     Eric B. Schwartz (*Pro Hac Vice*)
     555 W. 5th Street, Suite 4000
     Los Angeles, CA  90013
     (213) 896-6000
     eschwartz@sidley.com

*/s/ Eric D. Lansverk*
HILLIS CLARK MARTIN & PETERSON P.S.
Eric D. Lansverk
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 470-7634
eric.lansverk@hcmp.com

Attorneys for Plaintiff
GUILD MORTGAGE COMPANY LLC

PLAINTIFF, GUILD MORTGAGE COMPANY LLC'S NOTICE OF CONDITIONAL NON-OPPOSITION TO DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION TO DISMISS- 2
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4860-4592-6705v.1

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2022, I electronically filed the foregoing document: **PLAINTIFF, GUILD MORTGAGE COMPANY LLC'S NOTICE OF CONDITIONAL NON-OPPOSITION TO DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Defendant CrossCountry Mortgage, LLC**:

| | |
|---|---|
| Benjamin J. Stone | Benjamin.Stone@lewisbrisbois.com |
| Brad Bigos | Brad.bigos@lewisbrisbois.com |
| Kylene R. Slocum | Kylene.Slocum@lewisbrisbois.com |
| John R. Conley | John.Conley@lewisbrisbois.com |
| | Tami.Foster@lewisbrisbois.com |
| | Hilton.Platt@lewisbrisbois.com |
| | Jodi.McKinley@lewisbrisbois.com |
| | |
| Michael A. Platt | maplatt@jonesday.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 5th day of September, 2022 at Sacramento, California.

_____
Annie Yu

PLAINTIFF, GUILD MORTGAGE COMPANY LLC'S NOTICE OF CONDITIONAL NON-OPPOSITION TO DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S RENEWED MOTION TO DISMISS- 3
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4860-4592-6705v.1