JUDGE JOHN C. COUGHENOUR
JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No.  2:21-CV-01376-JCC-MLP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR SANCTIONS AGAINST DEFENDANT, CROSSCOUNTRY MORTGAGE, LLC**<br><br>**NOTED FOR CONSIDERATION:**<br>**FRIDAY, OCTOBER 14, 2022** |

Plaintiff Guild Mortgage Company LLC ("Guild") pursuant to Federal Rule of Evidence 201, and in connection with its concurrently filed Motion for Sanctions against defendant CrossCountry Mortgage, LLC ("CCM"), hereby requests that the Court take judicial notice of the following Exhibits, true and correct copies of which are attached to the concurrently filed declaration of Eric B. Schwartz:

**Exhibit A:**  The status and tax filing history for CCM, obtained from the website for the Delaware Department of State: Division of Corporations on September 30, 2021.

**Exhibit B:**  The State of Ohio Certificate of Conversion for CCM, obtained from the Ohio Secretary of State on September 30, 2021.

**Exhibit C:**  The statement of information for CCM filed with the California Secretary of State on August 18, 2021, obtained from the website for the California Secretary of State on October

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR
SANCTIONS AGAINST DEFENDANT,
CROSSCOUNTRY MORTGAGE, LLC - 1
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

1   4, 2021.

2          **Exhibit I:**  The May 27, 2022 complaint filed in *CrossCountry Mortgage, LLC v. Guild*

3   *Mortgage, LLC*, United States District Court for the District of Nevada, Case No. 2:22-cv-00845

4   (May 27, 2022).

5          **Exhibit J:**  The August 4, 2022 complaint filed in *CrossCountry Mortgage, LLC v. Impac*

6   *Mortgage Holding*s*, Inc.*, United States District for the Northern District of Ohio, Eastern Division,

7   Case No. 1:22-cv-01378 (Aug. 4, 2022).

8          Federal Rule of Evidence 201(b) authorizes the Court to take judicial notice of facts that are

9   "not subject to reasonable dispute[,]" including facts that "can be accurately and readily determined

10  from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Courts may

11  take judicial notice of "court filings and other matters of public record."  *Reyn's Pasta Bella, LLC v.*

12  *Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).  A court "must take judicial notice if a party

13  requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).

14         Pursuant to the foregoing, Guild requests that the Court take judicial notice of Exhibits

15  A-C, I, and J.  These exhibits are documents and orders that have been publicly filed in the State of

16  Ohio, the State of Delaware, the State of California, the United States District Court for the District

17  of Nevada, the United States District Court for the Northern District of Ohio, Eastern Division,

18  respectively.

19

20

21     Date:  September 9, 2022                          SIDLEY AUSTIN LLP

22                                                       By: _____
                                                             Eric B. Schwartz (Pro hac Vice)
23                                                           555 W. 5th St., Suite 4000
                                                             Los Angeles, CA  90013
24                                                           (213) 896-6000
                                                             Eschwartz@sidley.com
25                                                           Attorneys for Plaintiff GUILD
                                                             MORTGAGE COMPANY LLC
26

27                                                       HILLIS CLARK MARTIN & PETERSON P.S.
       REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF        SIDLEY AUSTIN LLP
28     PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR        555 W. 5th St., Suite 4000
       SANCTIONS AGAINST DEFENDANT,                     Los Angeles, CA  90013
       CROSSCOUNTRY MORTGAGE, LLC - 2
       USDC 2:21-cv-01376

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Eric D. Lansverk
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 470-7634
eric.lansverk@hcmp.com

Attorneys for Plaintiff GUILD MORTGAGE
COMPANY LLC

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR
SANCTIONS AGAINST DEFENDANT,
CROSSCOUNTRY MORTGAGE, LLC - 3
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, I electronically filed the foregoing document: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR SANCTIONS AGAINST DEFENDANT, CROSSCOUNTRY MORTGAGE, LLC** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Defendant CrossCountry Mortgage, LLC**:

| | |
|---|---|
| Benjamin J. Stone | Benjamin.Stone@lewisbrisbois.com |
| Brad Bigos | Brad.bigos@lewisbrisbois.com |
| Kylene R. Slocum | Kylene.Slocum@lewisbrisbois.com |
| John R. Conley | John.Conley@lewisbrisbois.com |
| | Tami.Foster@lewisbrisbois.com |
| | Hilton.Platt@lewisbrisbois.com |
| | Jodi.McKinley@lewisbrisbois.com |
| | |
| Michael A. Platt | maplatt@jonesday.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 9th day of SEPTEMBER, 2022 at Los Angeles, California.

Leticia Espinoza

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF GUILD MORTGAGE LLC'S MOTION FOR
SANCTIONS AGAINST DEFENDANT,
CROSSCOUNTRY MORTGAGE, LLC - 4
USDC 2:21-cv-01376
4867-6891-1409v.2

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013