Judge John C. Coughenour
Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | No. 2:21-cv-01376-JCC-MLP<br><br>STIPULATED MOTION TO AMEND BRIEFING SCHEDULES RELATED TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT<br><br>Noted for Consideration<br>9/13/2022 |

I. <u>INTRODUCTION AND RELIEF REQUESTED</u>

Plaintiff Guild Mortgage Company LLC ("Guild"), and Defendant CrossCountry Mortgage LLC ("CrossCountry") (collectively the "Parties"), by and through their respective cousel of record, hereby stipulate and agree to the following:

On September 5, 2022, Guild filed a Conditional Non-Opposition to Cross-Country's Renewed Motion to Dismiss, in which Guild requested the Court to retain jurisdiction to consider a motion for sanctions against CrossCounrty. [Dkt. No. 116.] On September 9, 2022, Guild filed its Motion for Sanctions Against CrossCountry. [Dkt. No. 117.]

CrossCountry has requested discovery related to the allegations and arguments made by Guild in its Motion for Sanctions. The parties met and conferred regarding Guild's responses to

STIPULATED MOTION TO AMEND BRIEFING
SCHEDULES RELATED TO PLAINTIFF'S MOTION
FOR SANCTIONS - 1
USDC 2:21-cv-01376-JCC-MLP
4891-7293-8034.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

those requests, and Guild provided substantive responses and intends to produce a witness for a 30(b)(6) deposition on September 15, 2022.

Based on the timing of this discovery, the parties also met and conferred regarding the briefing schedule for Guild's Motion for Sanctions. The Parties reached an agreement that Guild would note its Motion for Sanctions for October 14, 2022. The parties also agreed to request the following amended briefing schedule: (1) CrossCountry's Opposition to be due on October 3, 2022; and (2) Guild's reply in support of its motion to be due on October 11, 2022.

## II. EVIDENCE RELIED UPON

This stipluated motion relies upon the joint statements made herein and documents filed with the Court in this action.

## III. STATEMENT OF FACTS

As detailed in the Introduction, counsel for the Parties have conferred and agreed that it would be in the best interest of the Parties and the Court to amend the briefing schedule as described above. Because they have agreed on a noting date further in the future than the third Friday from the filing date, the Parties are proposing earlier deadlines for the opposition and reply than are required by LCR(d)(3). Pursuant to LCR 7(d)(3), the opposition would be due October 11, 2022,[1] and the reply would be due on October 14, 2022. Amending these deadlines will allow CrossCountry a reasonable opportunity to review Guild's revised discovery responses, complete the scheduled 30(b)(6) deposition on September 15, 2022, and prepare its opposition to Guild's Motion for Sanctions; and will also allow Guild a reasonable time to prepare its reply brief. At the same time, setting these deadlines earlier than the normal briefing schedule will provide this Court with additional time to review these submissions before the noting date.

## IV. AUTHORITY

The Court has authority under Rule 6(b), Federal Rules of Civil Procedure, to extend deadlines. This Court also has inherent power to manage its calendar. *E.g., Brenner v. VIZIO, Inc.*, No. 3:17-cv-05897-BHS, 2018 U.S. Dist. LEXIS 189306, at *3 (W.D. Wash. Nov. 5, 2018).

---

[1] October 10, 2022 is a Court holiday.

STIPULATED MOTION TO AMEND BRIEFING
SCHEDULES RELATED TO PLAINTIFF'S MOTION
FOR SANCTIONS - 2
USDC 2:21-cv-01376-JCC-MLP
4891-7293-8034.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

In this case, good cause exists to amend the briefing schedule for the convenience of the Court and the Parties.

V. <u>CONCLUSION</u>

NOW, THEREFORE, the Parties jointly request that this Court should amend the briefing schedule related to Guild's Motion for Sanctions as follows:

1. The deadline for CrossCountry to file and serve its Opposition to Guild's Motion for Sanctions shall be October 3, 2022; and

2. The deadline for Guild to file and serve its Reply in Support of its Motion for Sanctions shall be October 11, 2022.

DATED: September 13, 2022

| SIDLEY AUSTIN LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Chad S. Hummel<br>Chad S. Hummel (Pro Hac Vice)<br>Eric B. Schwartz (Pro Hac Vice)<br>Renee Pesiri (Pro Hac Vice)<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br>chummel@sidley.com<br>eschwartz@sidley.com<br>rpesiri@sidley.com<br><br>Attorneys for Plaintiff GUILD MORTGAGE LLC | /s/ John R. Conley<br>John R. Conley, Pro Hac Vice<br>Benjamin J. Stone, WSBA #33436<br>Brad Bigos, WSBA #52297<br>Kylene Slocum, WSBA #58600<br>1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101<br>Tel: (206) 436-2020<br>Fax: (206) 436-2030<br>John.Conley@lewisbrisbois.com<br>Benjamin.Stone@lewisbrisbois.com<br>Brad.Bigos@lewisbrisbois.com<br>Kylene.Slocum@lewisbrisbois.com<br><br>Attorneys for Defendant CROSSCOUNTRY MORTGAGE LLC |

STIPULATED MOTION TO AMEND BRIEFING SCHEDULES RELATED TO PLAINTIFF'S MOTION FOR SANCTIONS - 3
USDC 2:21-cv-01376-JCC-MLP
4891-7293-8034.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| HILLIS CLARK MARTIN & PETERSON P.S.<br><br>   /s/ Eric D. Lansverk<br>Eric D. Lansverk, WSBA #17218<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Tel: (206) 470-7634<br>eric.lansverk@hcmp.com<br><br>Attorneys for Plaintiff GUILD MORTGAGE LLC | JONES DAY<br><br>   /s/ Michael A. Platt<br>Michael A. Platt, Pro Hac Vice<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190<br>Tel: (216) 586-3939<br>Fax: (216) 579-0212<br>maplatt@jonesday.com<br><br>Attorneys for Defendant CROSSCOUNTRY MORTGAGE LLC |
|---|---|

STIPULATED MOTION TO AMEND BRIEFING SCHEDULES RELATED TO PLAINTIFF'S MOTION FOR SANCTIONS - 4
USDC 2:21-cv-01376-JCC-MLP
4891-7293-8034.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

# DECLARATION OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Plaintiff Guild Mortgage Company LLC**

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com |
| | carol.cannon@hcmp.com |
| | |
| Chad S. Hummel (Pro Hac Vice) | chummel@sidley.com |
| Eric B. Schwartz (Pro Hac Vice) | eschwartz@sidley.com |
| Renee Pesiro (Pro Hac Vice) | rpesiri@sidley.com |
| | lespinoza@sidley.com |
| | lruiz@sidley.com |
| | laefilingnotice@sidley.com |

Dated: September 13, 2022 at Seattle, Washington.

*s/Hilton Platt*
Hilton Platt, Legal Secretary
Hilton.Platt@lewisbrisbois.com

STIPULATED MOTION TO AMEND BRIEFING
SCHEDULES RELATED TO PLAINTIFF'S MOTION
FOR SANCTIONS - 5
USDC 2:21-cv-01376-JCC-MLP
4891-7293-8034.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020