**Judge John C. Coughenour**
**Judge Michelle L. Peterson**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>   Defendant. | No. 2:21-cv-01376-JCC-MLP<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE RELATED TO GUILD'S MOTION FOR SANCTIONS** |

THIS MATTER came before the Court upon the parties' "Stipulated Motion to Amend the Briefing Schedule Related to Plaintiff's Motion for Sanctions."  The Court, having reviewed the Stipulated Motion and the documents filed with the Court in this action, and for good cause appearing, hereby GRANTS the parties' stipulatd motion and ORDERS as follows:

1. The deadline for CrossCountry to file and serve its Opposition to Guild's Motion for Sanctions shall be October 3, 2022; and

2. The deadline for Guild to file and serve its Reply in Support of its Motion for Sanctions shall be October 11, 2022.

IT IS SO ORDERED.

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO AMEND BRIEFING SCHEDULE RELATED
TO GUILD'S MOTION FOR SANCTIONS - 1
USDC 2:21-cv-01376-JCC-MLP
4891-3682-8210.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Dated this 13th day of September 2022.

*(signature)*
MICHELLE L. PETERSON
United States Magistrate Judge

*Presented by:*

| SIDLEY AUSTIN LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| __/s/ Chad S. Hummel_____ | __/s/ John R. Conley_____ |
| Chad S. Hummel (Pro Hac Vice) | John R. Conley, Pro Hac Vice |
| Eric B. Schwartz (Pro Hac Vice) | Benjamin J. Stone, WSBA #33436 |
| Renee Pesiri (Pro Hac Vice) | Brad Bigos, WSBA #52297 |
| 555 West Fifth Street, Suite 4000 | Kylene Slocum, WSBA #58600 |
| Los Angeles, CA 90013 | 1111 Third Avenue, Suite 2700 |
| Tel: (213) 896-6000 | Seattle, Washington 98101 |
| chummel@sidley.com | Tel: (206) 436-2020 |
| eschwartz@sidley.com | Fax: (206) 436-2030 |
| rpesiri@sidley.com | John.Conley@lewisbrisbois.com |
| | Benjamin.Stone@lewisbrisbois.com |
| Attorneys for Plaintiff GUILD MORTGAGE LLC | Brad.Bigos@lewisbrisbois.com |
| | Kylene.Slocum@lewisbrisbois.com |
| | Attorneys for Defendant CROSSCOUNTRY MORTGAGE LLC |
| HILLIS CLARK MARTIN & PETERSON P.S. | JONES DAY |
| __/s/ Eric D. Lansverk_____ | __/s/ Michael A. Platt_____ |
| Eric D. Lansverk, WSBA #17218 | Michael A. Platt, Pro Hac Vice |
| 999 Third Avenue, Suite 4600 | North Point |
| Seattle, WA 98104 | 901 Lakeside Avenue |
| Tel: (206) 470-7634 | Cleveland, Ohio 44114-1190 |
| eric.lansverk@hcmp.com | Tel: (216) 586-3939 |
| | Fax: (216) 579-0212 |
| Attorneys for Plaintiff GUILD MORTGAGE LLC | maplatt@jonesday.com |
| | Attorneys for Defendant CROSSCOUNTRY MORTGAGE LLC |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE RELATED TO GUILD'S MOTION FOR SANCTIONS - 2
USDC 2:21-cv-01376-JCC-MLP
4891-3682-8210.14884-4236-9539.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020