JUDGE JOHN C. COUGHENOUR
JUDGE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No. 2:21-CV-01376-JCC-MLP<br><br>**GUILD MORTGAGE COMPANY LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**<br><br>**(FRCP 7.1 and LCR 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 and the Court's September 19, 2022 Minute Order, Plaintiff Guild Mortgage Company LLC states that it is a California limited liability company and its principal place of business is in California. Guild Mortgage Company LLC's sole member is Guild Holdings Company. Guild Holdings Company is a Delaware corporation with its principal place of business in California. Thus, Guild Mortgage Company LLC is a citizen of Delaware and California for diversity of citizenship purposes.

Date: September 23, 2022

SIDLEY AUSTIN LLP

By:   /s/ Eric B. Schwartz
    Chad S. Hummel (*Pro Hac Vice*)
    Eric B. Schwartz (*Pro Hac Vice*)
    555 W. 5th Street, Suite 4000
    Los Angeles, CA  90013
    (213) 896-6000

GUILD MORTGAGE COMPANY LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES- 1
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4880-6318-5460v.4

eschwartz@sidley.com

*/s/ Eric D. Lansverk*
HILLIS CLARK MARTIN & PETERSON P.S.
Eric D. Lansverk
999 Third Avenue, Suite 4600
Seattle, WA 98104
(206) 470-7634
eric.lansverk@hcmp.com

Attorneys for Plaintiff
GUILD MORTGAGE COMPANY LLC

GUILD MORTGAGE COMPANY LLC'S AMENDED
CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION AS TO AFFILIATES- 2
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4880-6318-5460v.4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Counsel for Defendant CrossCountry Mortgage, LLC**:

| | |
|---|---|
| Benjamin J. Stone | Benjamin.Stone@lewisbrisbois.com |
| Brad Bigos | Brad.bigos@lewisbrisbois.com |
| Kylene R. Slocum | Kylene.Slocum@lewisbrisbois.com |
| John R. Conley | John.Conley@lewisbrisbois.com |
| | Tami.Foster@lewisbrisbois.com |
| | Hilton.Platt@lewisbrisbois.com |
| | Jodi.McKinley@lewisbrisbois.com |
| Michael A. Platt | maplatt@jonesday.com |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 23rd day of SEPTEMBER, 2022 at Los Angeles, California.

Leticia Espinoza

---

GUILD MORTGAGE COMPANY LLC'S AMENDED
CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION AS TO AFFILIATES- 3
USDC 2:21-cv-01376

SIDLEY AUSTIN LLP
555 W. 5th St., Suite 4000
Los Angeles, CA  90013

4880-6318-5460v.4