Judge John C. Coughenour
Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | Case No. 2:21-CV-01376-JCC-MLP<br><br>**DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT** |

**TO:**     **CLERK OF THE COURT**

**AND TO:**     **ALL PARTIES AND COUNSEL OF RECORD**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant CrossCountry Mortgage, LLC ("CrossCountry") states that it is a limited liability company organized under the laws of the State of Delaware. No public company owns 10% or more of CrossCountry's stock.

As of October 8, 2021, and until June 6, 2022, CrossCountry's members were CrossCountry Holding Corp., an Ohio corporation with its principal place of business in Ohio, and Radcliff CCM I LLC, a Delaware limited liability company. As of June 6, 2022, CrossCountry Holding Corp. and Radcliff CCM I LLC became members of CrossCountry

| DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP | **JONES DAY**<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>*Telephone: 9216) 586-3939* | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101<br>Telephone: 206.436.2020 • Fax 206.436.2030 |

Holdco, LLC, a Delaware limited liability company, which simultaneously became the sole member of CrossCountry.

The states in which the party and members identified above have been citizens from October 8, 2021 through the present include Ohio and California.[1]  Because CrossCountry's citizenship depends on the citizenship of Radcliff CCM I LLC ("Radcliff"), which is an outside, third-party investment vehicle, CrossCountry inquired with Radcliff, following the Court's Order of September 19, 2022 (ECF No. 124), to ask for an identification of the states in which Radcliff was a citizen as of October 8, 2021 through the present.  Radcliff confirmed that, during such time period, it has had citizenship in California and that it is informed and believes that it has not been a citizen of Delaware.  Radcliff declined to provide CrossCountry with any additional information regarding Radcliff's citizenship.  Otherwise, the information necessary to identify the states in which Radcliff has been a citizen from October 8, 2021 through the present is not within CrossCountry's possession, custody, or control.[2]

Dated:  September 23, 2022

Respectfully submitted,

JONES DAY

*s/ Michael A. Platt*
Michael A. Platt, *Admitted Pro Hac Vice*
maplatt@jonesday.com
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190

---

[1] CrossCountry first learned of its potential California citizenship during the week of July 18, 2022.

[2] Based on an exchange between CrossCountry's counsel, Jones Day, and counsel for Radcliff on October 3, 2019, Jones Day is aware that, as of that date, Radcliff had citizenship in Illinois, Maryland, New York, and Pennsylvania, and was not a citizen of Delaware, New Jersey, or Virginia, but Jones Day does not know whether that information was correct as of October 8, 2021.  No one from CrossCountry was copied on that exchange.  The first time Jones Day forwarded that exchange to anyone at CrossCountry was on June 8, 2022, just a short time after Jones Day learned that it would become co-counsel for CrossCountry in this action.

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

2

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

Tel: (216) 586-3939
Fax: (216) 579-0212

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Benjamin J. Stone*
Benjamin J. Stone, WA Bar No. 33436
Benjamin.Stone@lewisbrisbois.com

*s/ John R. Conley*
John R. Conley, *Admitted Pro Hac Vice*
John.Conley@lewisbrisbois.com
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Tel: (206) 436-2020
Fax: (206)436-2030

*Counsel for Defendant
CrossCountry Mortgage, LLC*

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

3

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

**DECLARATION OF SERVICE**

I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff Guild Mortgage Company LLC***

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com <br> carol.cannon@hcmp.com |
| Chad S. Hummel (Pro Hac Vice) <br> Eric B. Schwartz (Pro Hac Vice) <br> Renee Pesiro (Pro Hac Vice) | chummel@sidley.com <br> eschwartz@sidley.com <br> rpesiri@sidley.com <br> lespinoza@sidley.com <br> lruiz@sidley.com <br> laefilingnotice@sidley.com |

Dated: September 23, 2022 at Seattle, Washington.

*s/Hilton Platt*
Hilton Platt, Legal Secretary
Hilton.Platt@lewisbrisbois.com

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

4

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030