**Judge John C. Coughenour**
**Judge Michelle L. Peterson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CROSSCOUNTRY MORTGAGE LLC, <br><br> Defendant. | Case No. 2:21-CV-01376-JCC-MLP |

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S OPPOSITION TO GUILD MORTGAGE'S MOTION FOR SANCTIONS**

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S OPPOSITION TO GUILD MORTGAGE'S MOTION FOR SANCTIONS, 2:21-CV-01376-JCC-MLP

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

The Court has read and considered Defendant CrossCountry Mortgage, LLC's ("CrossCountry's") Request for Judicial Notice in Connection With its Opposition to Guild Mortgage Company, LLC's ("Guild's") Motion for Sanctions ("RJN"). The Court has also read and considered all other related filings and argument properly submitted. The Court **GRANTS** CrossCountry's RJN and hereby **ORDERS** as follows:

(1) The Court will take judicial notice of the Exhibits referenced in CrossCountry's RJN.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2022

_____
Honorable Michelle L. Peterson
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JONES DAY

*/s/ Michael A. Platt*
Michael A. Platt, *Admitted Pro Hac Vice*
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel:  (216) 586-3939
Fax:  (216) 579-0212
maplatt@jonesday.com


LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Benjamin J. Stone*
Benjamin J. Stone, WA Bar No. 33436
Benjamin.Stone@lewisbrisbois.com

*s/ John R. Conley*
John R. Conley, *Admitted Pro Hac Vice*
John.Conley@lewisbrisbois.com
1111 Third Avenue, Suite 2700
Seattle, Washington 98101

*Counsel for Defendant*
*CrossCountry Mortgage, LLC*

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S OPPOSITION TO GUILD MORTGAGE'S MOTION FOR SANCTIONS, 2:21-CV-01376-JCC-MLP

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

# DECLARATION OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Counsel for Plaintiff Guild Mortgage Company LLC*

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com<br>carol.cannon@hcmp.com |
| Chad S. Hummel (Pro Hac Vice)<br>Eric B. Schwartz (Pro Hac Vice)<br>Renee Pesiro (Pro Hac Vice) | chummel@sidley.com<br>eschwartz@sidley.com<br>rpesiri@sidley.com<br>lespinoza@sidley.com<br>lruiz@sidley.com<br>laefilingnotice@sidley.com |

Dated: October 3, 2022 at Seattle, Washington.

*s/Hilton Platt*
Hilton Platt, Legal Secretary
Hilton.Platt@lewisbrisbois.com

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S OPPOSITION TO GUILD MORTGAGE'S MOTION FOR SANCTIONS, 2:21-CV-01376-JCC-MLP

2

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030