1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    GUILD MORTGAGE CO. LLC,

9                          Plaintiff,              Case No. C21-1376-JCC-MLP

10          v.                                     ORDER

11   CROSSCOUNTRY MORTGAGE LLC,

12                         Defendant.

13

14          Having reviewed the Report and Recommendation of the Honorable Michelle L.

15   Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

16   record, the Court finds and ORDERS:

17          (1)    The Court ADOPTS the Report and Recommendation.

18          (2)    Defendant's Motion to Dismiss (dkt. # 108) is GRANTED.

19          (3)    This case is DISMISSED without prejudice.

20          The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

21          Dated this __ day of [Pick the date].

22

23
                                              _____
                                              John C. Coughenour
                                              United States District Judge

ORDER - 1