## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE CO. LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C21-1376-JCC-MLP |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

This case is DISMISSED without prejudice.

　　Dated _____, 2022.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tim Farrell
　　　　　　　　　　　　　　　　　　Deputy Clerk