# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C21-1376-JCC-MLP |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. This case is DISMISSED without prejudice.

Dated this 9th day of February, 2023.

R<small>AVI</small> S<small>UBRAMANIAN</small>
Clerk


*s/Serge Bodnarchuk*
Deputy Clerk
