**Judge John C. Coughenour**
**Judge Michelle L. Peterson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILD MORTGAGE COMPANY LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE LLC,<br><br>   Defendant. | Case No. 2:21-CV-01376-JCC-MLP<br><br>**DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |

**TO:**     **CLERK OF THE COURT**

**AND TO:**   **ALL PARTIES AND COUNSEL OF RECORD**

Pursuant to the Court's Order of February 9, 2023 (Dkt. 147), which adopted the Report and Recommendation of December 6, 2022 (Dkt. 142), Defendant CrossCountry Mortgage, LLC ("CrossCountry") files this supplemental corporate disclosure statement in order to fully comply with LCR 7.1(b) by providing the following complete list of the states in which CrossCountry is a citizen: California, Colorado, Connecticut, the District of Columbia, Florida, Illinois, Maryland, Massachusetts, Michigan, Ohio, New Jersey, New York, Pennsylvania, and Washington. The foregoing list is complete to the best of CrossCountry's knowledge and belief,

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S SECOND AMENDED CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
*Telephone:  9216) 586-3939*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

based on information provided to CrossCountry by Radcliff CCM I LLC following the Court's Order of February 9, 2023.

Dated:  February 23, 2023

Respectfully submitted,

JONES DAY

*s/ Michael A. Platt*
Michael A. Platt, *Admitted Pro Hac Vice*
maplatt@jonesday.com
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Tel:  (216) 586-3939
Fax:  (216) 579-0212


LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Benjamin J. Stone*
Benjamin J. Stone, WA Bar No. 33436
Benjamin.Stone@lewisbrisbois.com

*s/ John R. Conley*
John R. Conley, *Admitted Pro Hac Vice*
John.Conley@lewisbrisbois.com
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Tel:  (206) 436-2020
Fax:  (206) 436-2030


*Counsel for Defendant
CrossCountry Mortgage, LLC*

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

2

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030

## DECLARATION OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Counsel for Plaintiff Guild Mortgage Company*

| | |
|---|---|
| Eric D. Lansverk | eric.lansverk@hcmp.com |
| | Carol.cannon@hcmp.com |
| | |
| Chad S. Hummel (Pro Hac Vice) | chummel@sidley.com |
| Eric B. Schwartz (Pro Hac Vice) | eschwartz@sidley.com |
| Renee Pesiri (Pro Hac Vice) | rpesiri@sidley.com |
| | lespinoza@sidley.com |
| | lruiz@sidley.com |
| | laefilingnotice@sidley.com |

Dated:   February 23, 2023 at Seattle, Washington.

*s/ Tami L. Foster*
Tami L. Foster, Legal Secretary
Tami.Foster@lewisbrisbois.com

DEFENDANT CROSSCOUNTRY MORTGAGE, LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT, 2:21-CV-01376-JCC-MLP

3

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  (216) 586-3939

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone: 206.436.2020 • Fax 206.436.2030